**91–172.** State v. Mills. *Hamilton County,* No. C–880581. UPON CONSIDERATION of the motion filed by counsel for appellant to continue stay of execution scheduled to expire on May 4, 1993,

IT IS ORDERED by the court, effective May 4, 1993, that said motion be, and the same is hereby, granted, and said stay of execution is continued to June 3, 1993.

## MISCELLANEOUS DISMISSALS

**92–2571.** Internatl. Tel. Consultants v. Pub. Util. Comm. Public Utilities Commission, No. 88–452–TP–COI. This cause, here on appeal from the Public Utilities Commission of Ohio, was considered in the manner prescribed by law. Upon consideration of appellant's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective May 3, 1993.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**93–398.** In re Estate of Wilcoxon. *Stark County,* No. CA–9053. Cause dismissed, on appellant's application for dismissal, effective May 3, 1993.